# Notice Recipients

District/Off: 0970−2  User: colasonk  Date Created: 2/18/2020
Case: 2:20−bk−01582−MCW  Form ID: nch13pln  Total: 45

**Recipients of Notice of Electronic Filing:**
tr  RUSSELL BROWN  mail@ch13bk.com
aty  CARLENE M. SIMMONS  carlene@simmonsgreenelaw.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db  ANTHONY R. MARTINEZ  2017 E. ESCUDA RD.  PHOENIX, AZ 85024
jdb  CANDACE M. MARTINEZ  2017 E. ESCUDA RD.  PHOENIX, AZ 85024
cr  PRA Receivables Management, LLC  PO Box 41021  Norfolk, VA 23541
smg  AZ DEPARTMENT OF REVENUE  BANKRUPTCY & LITIGATION  1600 W. MONROE, 7TH FL.  PHOENIX, AZ 85007−2650
15957104  Arizona Department of Revenue  P.O. Box 29070  Phoenix AZ 85038
15957105  Capital One  Attn: Bankruptcy  PO Box 30285  Salt Lake City UT 84130
15957106  Chase Card Services  Attn: Bankruptcy  PO Box 15298  Wilmington DE 19850
15957107  Cibola  114 McBride Rd. B  Grants NM 87020
15957108  Citibank  Citicorp Credit Srvs/Centralized BK Dept  PO Box 790034  St Louis MO 63179
15957109  Comenity Bank/Torrid  Attn: Bankruptcy  PO Box 182125  Columbus OH 43218
15957111  Comenity Bank/Victoria Secret  Attn: Bankruptcy  PO Box 182125  Columbus OH 43218
15957110  Comenity Bank/trwrdsv  Attn: Bankruptcy  PO Box 182273  Columbus OH 43218
15957112  Comenity Bkl/Ulta  Attn: Bankruptcy Dept  PO Box 182125  Columbus OH 43218
15957113  Comenitybank/Hot Topic  Attn: Bankruptcy Dept  PO Box 182125  Columbus OH 43218
15957114  Comenitycapital/smlegn  Attn: Bankruptcy Dept  PO Box 182125  Columbus OH 43218
15957115  Credit One Bank  Attn: Bankruptcy Department  PO Box 98873  Las Vegas NV 89193
15957116  Department Store National Bank/Macy's  Attn: Bankruptcy  9111 Duke Boulevard  Mason OH 45040
15957117  Diamond Resorts Financial Services  Attn: Bankruptcy  10600 W Charleston Blvd  Las Vegas NV 89135
15957118  First Premier Bank  Attn: Bankruptcy  PO Box 5524  Sioux Falls SD 57117
15957119  Flagship Credit Acceptance, LLC  P.O. Box 1419  Chadds Ford PA 19317
15957120  Freedom Plus  Attn: Bankruptcy  PO Box 2340  Phoenix AZ 85002
15957121  Genesis BC/Celtic Bank  Attn: Bankruptcy  PO Box 4477  Beaverton OR 97076
15957122  Honor Health  PO Box 845633  Los Angeles CA 90084
15957123  Hugh Casiano  c/o Randazza Legal Group, PLLC  2764 Lake Sahara Drive, Suite 109  Las Vegas NV 89117
15957124  Internal Revenue Service  P.O. Box 7346  Philadelphia PA 19101−7346
15957125  Kenneth, Eisen & Associates, LTD (KEA)  Attn: Bankruptcy  PO Box 7370  Phoenix AZ 85011
15957126  Kia Motors Finance  PO Box 20825  Fountain Valley CA 92728
15957127  Makwa Finance  PO MBox 343  Lac Du Flambeau WI 54538
15957153  PRA Receivables Management, LLC  PO Box 41021  Norfolk, VA 23541
15957128  Pinnacle Finance  9907 E Bell Rd #140  Scottsdale AZ 85260
15957129  Prestige Financial Svc  Attn: Bankruptcy  351 W Opportunity Way  Draper UT 84020
15957130  Presto Loan Centers  P.o. Box 35664  Phoenix AZ 85069
15957131  Security Finance  Attn: Bankruptcy  PO Box 1893  Spartanburg SC 29304
15957132  Sulai Pili−Samante  2017 E. Escuda Rd.  Phoenix AZ 85024
15957133  Synchrony Bank/Amazon  Attn: Bankruptcy  PO Box 965060  Orlando FL 32896
15957134  Synchrony Bank/Care Credit  Attn: Bankruptcy Dept  PO Box 965060  Orlando FL 32896
15957135  Synchrony Bank/Sams  Attn: Bankruptcy  PO Box 965060  Orlando FL 32896
15957136  Target  c/o Financial & Retail Srvs  Mailstop BT POB 9475  Minneapolis MN 55440
15957139  US Dept. of Education  Attn: Bankruptcy  PO Box 7860  Madison WI 53707
15957137  United Auto Credit  PO Box 163049  Fort Worth TX 76161
15957138  United Consumer Financial Services  Attn: Bankruptcy  865 Bassett Rd.  Westlake OH 44145
15957140  Vantage West Credit Union  Attn: Bankruptcy  PO Box 15115  Tucson AZ 85708
15957141  Verizon Wireless  500 Technology Dr.  Suite 500  Weldon Springs MO 63304

TOTAL: 43