# United States Bankruptcy Court
## District of Arizona

In re **Anthony R. Martinez**
**Candace M. Martinez**
Debtor(s)

Case No. _____
Chapter **13**

## Declaration of Evidence of Employers' Payments Within 60 Days

- ☐ Attached hereto are copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the petition;

- ☐ Debtor has received no payment advices, pay stubs or other evidence of payment from any employer within 60 days prior to the filing of the petition; or

- ■ Debtor has received the following payments from employers within 60 days prior to the filing of the petition: **$17,055.93**.

Debtor, **Anthony R. Martinez**, declares the foregoing to be true and correct under penalty of perjury.

- ☐ Attached hereto are copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the petition;

- ☐ Debtor has received no payment advices, pay stubs or other evidence of payment from any employer within 60 days prior to the filing of the petition; or

- ■ Debtor has received the following payments from employers within 60 days prior to the filing of the petition: **$10,364.48**.

Debtor, **Candace M. Martinez**, declares the foregoing to be true and correct under penalty of perjury.

Date **February 15, 2020**    Signature **/s/ Anthony R. Martinez**
**Anthony R. Martinez**
Debtor

Date **February 15, 2020**    Signature **/s/ Candace M. Martinez**
**Candace M. Martinez**
Joint Debtor

If attaching pay stubs or other payment advices, it is your responsibility to redact (black out) any social security numbers, names of minor children, dates of birth or financial account numbers before attaching them to this document.





1/15/2020

Protected By Symantec

FrankCrum
100 S Missouri Ave
Clearwater, FL 33756
(727) 799-1229

61953-CDI HEALTH LLC
CDI HEALTH LLC
807 W FAIRCHILD ST
DANVILLE, IL 61832-3708

**Pay Details**

| | | | |
|---|---|---|---|
| ANTHONY RAY MARTINEZ<br>2017 E ESCUDA RD<br>PHOENIX, AZ 85024-1270 | | Period Start Date | 12/01/2019 |
| | | Period End Date | 12/14/2019 |
| | | Pay Date | 12/19/2019 |
| Employee Number | 000000004 | Document | 108989267 |
| SSN | xxx-xx-3898 | Net Pay | $1,345.12 |

**Earnings**

| Pay Type | Hours | Units | Pay Rate | Client | Project | Current | YTD |
|---|---|---|---|---|---|---|---|
| REGULAR HRS | 15.65 | 0.00 | $28.70 | | NONE | $449.16 | $0.00 |
| REGULAR HRS | 14.78 | 0.00 | $28.70 | | NONE | $424.19 | $10,780.29 |
| MILEAGE | 0.00 | 0.00 | $0.00 | | NONE | $480.00 | $0.00 |
| MILEAGE | 0.00 | 0.00 | $0.00 | | NONE | $352.00 | $12,582.00 |
| HOLIDAY PAY | 0.00 | 0.00 | $0.00 | | NONE | $0.00 | $184.25 |

Total Hours 30.43

**Taxes**

| Taxes | Current | YTD |
|---|---|---|
| AZ State Income Tax | $46.04 | $635.74 |
| Federal Income Tax | $183.73 | $2,023.26 |
| Medicare | $24.73 | $341.43 |
| Social Security Empl | $105.73 | $1,459.89 |

**Deductions**

| Deduction | Pre-Tax | Current | YTD |
|---|---|---|---|
| No records found | | | |

**Net Pay Distribution**

| Account | Type | Amount |
|---|---|---|
| #########0400 | C | $1,345.12 |
| Total | | $1,345.12 |

**Paid Time Off**

| Plan | Current | Balance |
|---|---|---|

**Pay Summary**

| | Gross | Taxes | Deductions | Net Pay |
|---|---|---|---|---|
| Current | $1,705.35 | $360.23 | $0.00 | $1,345.12 |
| YTD | $23,546.54 | $4,460.32 | $0.00 | $19,086.22 |

2/14/2020

Protected By Symantec

70N Dept: 6252 000000-000000
DBX 002050939
AZ095-Deer Valley JV

Bio-Med Appl of Arizona Inc
781/699-9000
920 Winter Street
Waltham, MA 02451

Emplid: 2050939

## Earnings Statement

Page 001 of 001

| | |
|---|---|
| Pay Rate: | $23.38 |
| Basis of Pay: | Hourly |
| Pay Period: | 01/26/2020 - 02/08/2020 |
| Advice Date: | 02/14/2020 |
| Advice Number: | 0013833052 |
| Batch Number: | 000000002982 |

ANTHONY MARTINEZ
2017 E. Escuda rd
phoenix, AZ 85024

Total Hours Worked: 69.38
Employer ID # AZ 04-2977283

| Earnings | Rate | Hours/Units | Amount | YTD |
|---|---|---|---|---|
| Regular | 23.3835 | 65.56 | 1533.02 | 5559.43 |
| Unschd PTO/VAC | 23.3834 | 14.50 | 339.06 | 479.36 |
| Evening Diff 7 | 1.6370 | 6.75 | 11.05 | 23.39 |
| Call Pay Amoun | | 0.00 | 160.00 | 240.00 |
| Overtime | 34.9480 | 4.42 | 163.31 | 755.12 |
| Night 10% | 2.3394 | 1.65 | 3.86 | 3.86 |
| PTO/VAC Hourly | | 0.00 | 0.00 | 1496.55 |
| Retro Pay | | 0.00 | 0.00 | 535.87 |
| Total Pay | | 94.48 | 2210.30 | 9113.58 |

Total hours excludes differentials and adjustments

| Deductions | Current | YTD |
|---|---|---|
| *Dental | 22.72 | 68.16 |
| *Specters Vision | 8.81 | 31.46 |
| Dependent Life | 0.42 | 1.72 |
| *401(k) | 44.21 | 182.28 |
| *Health Care FSA | 100.00 | 400.00 |
| 401K Loan | 92.93 | 371.72 |
| *Medical | 0.00 | 159.55 |
| *Dental | 0.00 | 14.49 |
| Total Deductions | 269.09 | 1229.38 |
| Net Pay | 1473.00 | 5969.71 |

*Before Tax excluded from fed taxable wages

| | | |
|---|---|---|
| Fed Taxable Wages | 2036.78 | 8266.52 |

| Taxes | Current | YTD |
|---|---|---|
| Fed Withholdng | 234.01 | 1044.96 |
| Fed MED/EE | 30.18 | 122.51 |
| Fed OASDI/EE | 129.03 | 523.83 |
| AZ Withholdng | 54.99 | 223.19 |
| Total Tax Deductions | 468.21 | 1914.49 |

**Employer Paid Benefits (**taxable)**

| | Current | YTD |
|---|---|---|
| Dental | 9.73 | 29.19 |
| Employee Asst Pro | 0.42 | 1.68 |
| Basic Life | 5.79 | 22.21 |
| Basic Life** | 2.22 | 8.88 |
| AD & D | 0.50 | 2.00 |
| Other Benefits | 8.03 | 534.46 |

| Deposit | Type | Account | Amount |
|---|---|---|---|
| Deposit | Checking | XXXXXX9422 | 138.46 |
| Deposit | Checking | XXXXXXXXXX0400 | 1,334.54 |
| Net Check | | | 0.00 |

**Leave Balance Summary**

| | Start | Earned | Taken | Adj | End |
|---|---|---|---|---|---|
| PTO | 34.87 | 32.31 | 54.50 | 0.00 | 12.68 |
| ESL | 361.90 | 8.69 | 0.00 | 0.00 | 370.59 |

Bio-Med Appl of Arizona Inc
781/699-9000
920 Winter Street
Waltham, MA 02451

Advice Number: 0013833052
Advice Date: 02/14/2020

Deposited to the account of
ANTHONY MARTINEZ

| | Account Number | Amount |
|---|---|---|
| Checking | XXXXXX9422 | 138.46 |
| Checking | XXXXXXXXXX0400 | 1334.54 |
| Total | | 1473.00 |

THIS IS NOT A CHECK

https://docisolation.prod.fire.glass/?guid=df7d27ee-d86a-4c60-5211-fde5a8547d2f 2/3

70N Dept: 6252 000000-000000
DBX 002050939
AZ095-Deer Valley JV

Bio-Med Appl of Arizona Inc
781/699-9000
920 Winter Street
Waltham, MA 02451

Emplid: 2050939

## Earnings Statement

Page 001 of 001

| | |
|---|---|
| Pay Rate: | $23.38 |
| Basis of Pay: | Hourly |
| Pay Period: | 01/12/2020 - 01/25/2020 |
| Advice Date: | 01/31/2020 |
| Advice Number: | 0013768109 |
| Batch Number: | 000000002960 |

ANTHONY MARTINEZ
2017 E. Escuda rd
phoenix, AZ 85024

Total Hours Worked: 47.42
Employer ID # AZ 04-2977283

| Earnings | Rate | Hours/Units | Amount | YTD |
|---|---|---|---|---|
| Regular | 23.3835 | 40.00 | 935.34 | 4026.41 |
| Call Pay Amoun | | 0.00 | 100.00 | 100.00 |
| Overtime | 36.1941 | 7.42 | 268.56 | 591.81 |
| Evening Diff 7 | 1.6371 | 3.72 | 6.09 | 12.34 |
| PTO/VAC Hourly | 23.3835 | 40.00 | 935.34 | 1496.55 |
| Unschd PTO/VAC | | 0.00 | 0.00 | 140.30 |
| Retro Pay | | 0.00 | 0.00 | 535.87 |
| Total Pay | | 87.42 | 2245.33 | 6903.28 |

Total hours excludes differentials and adjustments

| Deductions | Current | YTD |
|---|---|---|
| *Dental | 22.72 | 45.44 |
| *Specters Vision | 8.81 | 22.65 |
| Dependent Life | 0.42 | 1.30 |
| *401(k) | 44.91 | 138.07 |
| *Health Care FSA | 100.00 | 300.00 |
| 401K Loan | 92.93 | 278.79 |
| *Medical | 0.00 | 159.55 |
| *Dental | 0.00 | 14.49 |
| Total Deductions | 269.79 | 960.29 |
| Net Pay | 1496.18 | 4496.71 |

*Before Tax excluded from fed taxable wages

| | | |
|---|---|---|
| Fed Taxable Wages | 2071.11 | 6229.74 |

| Taxes | Current | YTD |
|---|---|---|
| Fed Withholdng | 261.57 | 790.95 |
| Fed MED/EE | 30.68 | 92.33 |
| Fed OASDI/EE | 131.19 | 394.80 |
| AZ Withholdng | 55.92 | 168.20 |
| Total Tax Deductions | 479.36 | 1446.28 |

**Employer Paid Benefits (**taxable)**

| | Current | YTD |
|---|---|---|
| Dental | 9.73 | 19.46 |
| Employee Asst Pro | 0.42 | 1.26 |
| Basic Life | 5.79 | 16.42 |
| Basic Life** | 2.22 | 6.66 |
| AD & D | 0.50 | 1.50 |
| Other Benefits | 8.03 | 526.43 |

| Deposit | Type | Account | Amount |
|---|---|---|---|
| Deposit | Checking | XXXXXX9422 | 138.46 |
| Deposit | Checking | XXXXXXXXXX0400 | 1,357.72 |
| Net Check | | | 0.00 |

**Leave Balance Summary**

| | Start | Earned | Taken | Adj | End |
|---|---|---|---|---|---|
| PTO | 34.87 | 21.54 | 40.00 | 0.00 | 16.41 |
| ESL | 361.90 | 5.87 | 0.00 | 0.00 | 367.77 |

Bio-Med Appl of Arizona Inc
781/699-9000
920 Winter Street
Waltham, MA 02451

Advice Number: 0013768109
Advice Date: 01/31/2020

Deposited to the account of
ANTHONY MARTINEZ

| | Account Number | Amount |
|---|---|---|
| Checking | XXXXXX9422 | 138.46 |
| Checking | XXXXXXXXXX0400 | 1357.72 |
| Total | | 1496.18 |

THIS IS NOT A CHECK

https://docisolation.prod.fire.glass/?guid=23abb85d-cff8-4501-24d9-54ee606186d7 1/1

70N Dept: 6252 000000-000000
DBX 002050939
AZ095-Deer Valley JV

Bio-Med Appl of Arizona Inc
781/699-9000
920 Winter Street
Waltham, MA 02451

Emplid: 2050939
Exemptions Addl Amt Addl %
Fed: S-00
AZ: 2.70%

## Earnings Statement

Page 001 of 001

| | |
|---|---|
| Pay Rate: | $23.38 |
| Basis of Pay: | Hourly |
| Pay Period: | 12/29/2019 - 01/11/2020 |
| Advice Date: | 01/17/2020 |
| Advice Number: | 0013703261 |
| Batch Number: | 000000002936 |

ANTHONY MARTINEZ
2017 E. Escuda rd
phoenix, AZ 85024

Total Hours Worked: 77.67
Employer ID # AZ 04-2977283

| Earnings | Rate | Hours/Units | Amount | YTD |
|---|---|---|---|---|
| Regular | 23.3835 | 69.10 | 1615.80 | 3091.07 |
| PTO/VAC Hourly | 23.3838 | 8.00 | 187.07 | 561.21 |
| Unschd PTO/VAC | 23.3833 | 3.00 | 70.15 | 140.30 |
| Overtime | 35.1400 | 8.57 | 301.15 | 323.25 |
| Evening Diff 7 | 1.6361 | 3.82 | 6.25 | 6.25 |
| Retro Pay | | 0.00 | 0.00 | 535.87 |
| Total Pay | | 88.67 | 2180.42 | 4657.95 |

Total hours excludes differentials and adjustments

| Deductions | Current | YTD |
|---|---|---|
| *Dental | 22.72 | 22.72 |
| *Specters Vision | 8.81 | 13.84 |
| Dependent Life | 0.42 | 0.88 |
| *401(k) | 43.61 | 93.16 |
| *Health Care FSA | 100.00 | 200.00 |
| 401K Loan | 92.93 | 185.86 |
| *Medical | 0.00 | 159.55 |
| *Dental | 0.00 | 14.49 |
| Total Deductions | 268.49 | 690.50 |
| Net Pay | 1453.25 | 3000.53 |

*Before Tax excluded from fed taxable wages

| | | |
|---|---|---|
| Fed Taxable Wages | 2007.50 | 4158.63 |

| Taxes | Current | YTD |
|---|---|---|
| Fed Withholdng | 247.57 | 529.38 |
| Fed MED/EE | 29.74 | 61.65 |
| Fed OASDI/EE | 127.17 | 263.61 |
| AZ Withholdng | 54.20 | 112.28 |
| Total Tax Deductions | 458.68 | 966.92 |

**Employer Paid Benefits (**taxable)**

| | Current | YTD |
|---|---|---|
| Dental | 9.73 | 9.73 |
| Employee Asst Pro | 0.42 | 0.84 |
| Basic Life | 5.79 | 10.63 |
| Basic Life** | 2.22 | 4.44 |
| AD & D | 0.50 | 1.00 |
| Other Benefits | 8.03 | 518.40 |

| Deposit | Type | Account | Amount |
|---|---|---|---|
| Deposit | Checking | XXXXXX9422 | 138.46 |
| Deposit | Checking | XXXXXXXXXX0400 | 1,314.79 |
| Net Check | | | 0.00 |

**Leave Balance Summary**

| | Start | Earned | Taken | Adj | End |
|---|---|---|---|---|---|
| PTO | 34.87 | 10.77 | 0.00 | 0.00 | 45.64 |
| ESL | 361.90 | 2.96 | 0.00 | 0.00 | 364.86 |

Bio-Med Appl of Arizona Inc
781/699-9000
920 Winter Street
Waltham, MA 02451

Advice Number: 0013703261
Advice Date: 01/17/2020

Deposited to the account of
ANTHONY MARTINEZ

| | Account Number | Amount |
|---|---|---|
| Checking | XXXXXX9422 | 138.46 |
| Checking | XXXXXXXXXX0400 | 1314.79 |
| Total | | 1453.25 |

THIS IS NOT A CHECK

## Pay Stub 1

**MAYO FND MEDICAL ED & RESEARCH**
200 First Street SW
Rochester, MN 55905 United States of America
(855) 266-0440

Number: 19692002
Check Date: 02/11/2020

VOID VOID VOID VOID VOID VOID VOID VOID

Pay to the order of
Candace M. Martinez
2017 E Escuda Rd.
Phoenix, AZ 85024
US

Net Pay 1465.27
NON-NEGOTIABLE

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| Candace M. Martinez | 6159 | 262909 | 100 | 48087 | 02/04/2020 |

### Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 80.00 | 2070.96 | 6222.57 |
| Total Non-Cash | | 7.75 | 23.26 |
| Total Deductions | | 597.94 | 1795.19 |
| Total Net | | 1465.27 | 4403.12 |

### Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Excess Life | | 7.75 | 7.75 | 23.26 |
| Internal Education | 6.50 | 25.79 | 167.64 | 335.29 |
| Overtime at Ca'd Rate | | | | 9.67 |
| Paid Time Off | 10.00 | 25.79 | 257.90 | 1753.72 |
| Regular | 63.50 | 25.79 | 1637.67 | 4100.63 |
| Total | 80.00 | | 2070.96 | 6222.57 |

### Taxes

| Description | Current | Year to Date |
|---|---|---|
| AZ State Withholding | 22.49 | 67.59 |
| Federal Tax | 83.24 | 250.85 |
| Medicare - Employee | 26.28 | 78.99 |
| Social Security - Employee | 112.39 | 337.75 |
| Total | 244.40 | 735.18 |

### Pretax Deductions

| Description | Current | Year to Date |
|---|---|---|
| Delta Dental - Deluxe Pretax | 52.50 | 157.50 |
| Fidelity 403b | 82.53 | 247.98 |
| Healthcare FSA | 103.85 | 311.55 |
| Mayo Select Employee | 90.00 | 270.00 |
| Vision Care Plan Employee | 12.00 | 36.00 |
| Total | 340.88 | 1023.03 |

### Aftertax Deductions

| Description | Current | Year to Date |
|---|---|---|
| Family Life Ins Children | 0.35 | 1.05 |
| Legal Insurance | 8.87 | 26.61 |
| Voluntary AD&D | 0.60 | 1.80 |
| Voluntary Group Universal Life | 2.84 | 8.52 |
| Total | 12.66 | 37.98 |

### Company Deductions

| Description | Current | Year to Date |
|---|---|---|
| Fidelity 403b Match | 41.27 | 124.00 |
| Total | 41.27 | 124.00 |

### Auto Deposit Distributions

| Routing | Account | Description | Amount |
|---|---|---|---|
| xxxxx7236 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxx7799 | DESERT SCHOOLS FCU | 1465.27 |

---

## Pay Stub 2

**MAYO FND MEDICAL ED & RESEARCH**
200 First Street SW
Rochester, MN 55905 United States of America
(855) 266-0440

Number: 19621473
Check Date: 01/28/2020

VOID VOID VOID VOID VOID VOID VOID VOID

Pay to the order of
Candace M. Martinez
2017 E Escuda Rd.
Phoenix, AZ 85024
US

Net Pay 1472.58
NON-NEGOTIABLE

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| Candace M. Martinez | 6159 | 262909 | 100 | 48087 | 01/21/2020 |

### Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 80.25 | 2080.64 | 4151.61 |
| Total Non-Cash | | 7.75 | 15.51 |
| Total Deductions | | 600.31 | 1198.25 |
| Total Net | | 1472.58 | 2937.85 |

### Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Excess Life | | 7.75 | 7.75 | 15.51 |
| Internal Education | 6.00 | 25.79 | 154.75 | 167.65 |
| Overtime at Ca'd Rate | 0.25 | 25.79 | 9.67 | 9.67 |
| Paid Time Off | 14.00 | 25.79 | 361.06 | 1495.82 |
| Regular | 60.00 | 25.79 | 1547.41 | 2452.96 |
| Total | 80.25 | | 2080.64 | 4151.61 |

### Taxes

| Description | Current | Year to Date |
|---|---|---|
| AZ State Withholding | 22.61 | 45.10 |
| Federal Tax | 84.36 | 167.61 |
| Medicare - Employee | 26.43 | 52.71 |
| Social Security - Employee | 112.98 | 225.36 |
| Total | 246.38 | 490.78 |

### Pretax Deductions

| Description | Current | Year to Date |
|---|---|---|
| Delta Dental - Deluxe Pretax | 52.50 | 105.00 |
| Fidelity 403b | 82.92 | 165.45 |
| Healthcare FSA | 103.85 | 207.70 |
| Mayo Select Employee | 90.00 | 180.00 |
| Vision Care Plan Employee | 12.00 | 24.00 |
| Total | 341.27 | 682.15 |

### Aftertax Deductions

| Description | Current | Year to Date |
|---|---|---|
| Family Life Ins Children | 0.35 | 0.70 |
| Legal Insurance | 8.87 | 17.74 |
| Voluntary AD&D | 0.60 | 1.20 |
| Voluntary Group Universal Life | 2.84 | 5.68 |
| Total | 12.66 | 25.32 |

### Company Deductions

| Description | Current | Year to Date |
|---|---|---|
| Fidelity 403b Match | 41.46 | 82.73 |
| Total | 41.46 | 82.73 |

### Auto Deposit Distributions

| Routing | Account | Description | Amount |
|---|---|---|---|
| xxxxx7236 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxx7799 | DESERT SCHOOLS FCU | 1472.58 |

## Pay Stub 1

**MAYO FND MEDICAL ED & RESEARCH**
200 First Street SW
Rochester, MN 55905 United States of America

Number: 19751163
Check Date: 01/14/2020

VOID VOID VOID VOID VOID VOID VOID VOID

Pay to the order of
Candace M. Martinez
2017 E Escuda Rd.
Phoenix, AZ 85024
US

Net Pay: 1465.27
NON-NEGOTIABLE

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| Candace M. Martinez | 6159 | 262909 | 100 | 48087 | 01/07/2020 |

### Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 80.00 | 2070.97 | 2070.97 |
| Total Non-Cash | | 7.76 | 7.76 |
| Total Deductions | | 597.94 | 597.94 |
| Total Net | | 1465.27 | 1465.27 |

### Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Excess Life | | 3.88 | 7.76 | 7.76 |
| Internal Education | 0.50 | 25.79 | 12.90 | 12.90 |
| Paid Time Off | 44.00 | 25.79 | 1134.76 | 1134.76 |
| Regular | 35.50 | 25.79 | 915.55 | 915.55 |
| Total | 80.00 | | 2070.97 | 2070.97 |

### Taxes

| Description | Current | Year to Date |
|---|---|---|
| AZ State Withholding | 22.49 | 22.49 |
| Federal Tax | 83.25 | 83.25 |
| Medicare - Employee | 26.28 | 26.28 |
| Social Security - Employee | 112.38 | 112.38 |
| Total | 244.40 | 244.40 |

### Pretax Deductions

| Description | Current | Year to Date |
|---|---|---|
| Delta Dental - Deluxe Pretax | 52.50 | 52.50 |
| Fidelity 403b | 82.53 | 82.53 |
| Healthcare FSA | 103.85 | 103.85 |
| Mayo Select Employee | 90.00 | 90.00 |
| Vision Care Plan Employee | 12.00 | 12.00 |
| Total | 340.88 | 340.88 |

### Aftertax Deductions

| Description | Current | Year to Date |
|---|---|---|
| Family Life Ins Children | 0.35 | 0.35 |
| Legal Insurance | 8.87 | 8.87 |
| Voluntary AD&D | 0.60 | 0.60 |
| Voluntary Group Universal Life | 2.84 | 2.84 |
| Total | 12.66 | 12.66 |

### Company Deductions

| Description | Current | Year to Date |
|---|---|---|
| Fidelity 403b Match | 41.27 | 41.27 |
| Total | 41.27 | 41.27 |

### Auto Deposit Distributions

| Routing | Account | Description | Amount |
|---|---|---|---|
| xxxxx7238 | xxxxxxxxxxxxxxxxxxxxxxxxxxx7799 | DESERT SCHOOLS FCU | 1465.27 |

---

## Pay Stub 2

**MAYO FND MEDICAL ED & RESEARCH**
200 First Street SW
Rochester, MN 55905 United States of America

Number: 19680716
Check Date: 12/31/2019

VOID VOID VOID VOID VOID VOID VOID VOID

Pay to the order of
Candace M. Martinez
2017 E Escuda Rd.
Phoenix, AZ 85024
US

Net Pay: 1641.86
NON-NEGOTIABLE

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| Candace M. Martinez | 6159 | 262909 | 100 | 48087 | 12/24/2019 |

### Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 80.00 | 2070.95 | 69121.85 |
| Total Non-Cash | | 7.75 | 199.86 |
| Total Deductions | | 421.34 | 18163.53 |
| Total Net | | 1641.86 | 50773.96 |

### Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Excess Life | | 7.75 | 7.75 | 199.86 |
| Internal Education | 15.25 | 25.79 | 393.30 | 3045.66 |
| Misc Pay Tax/Non-Pens Non-TDA | | | | 500.00 |
| Misc Productive Hours | | | | 185.14 |
| Non Tax Tuition Refund Undergr | | | | 3000.00 |
| Other Paid Absence | | | | 3965.22 |
| Overtime at Cal'd Rate | | | | 11150.97 |
| PTO/VAC Sold | | | | 1031.60 |
| Paid Time Off | | | | 3202.50 |
| Regular | 64.75 | 25.79 | 1669.90 | 43394.09 |
| Total | 80.00 | | 2070.95 | 69121.85 |

### Taxes

| Description | Current | Year to Date |
|---|---|---|
| AZ State Withholding | 22.60 | 744.92 |
| Federal Tax | 66.67 | 4095.59 |
| Medicare - Employee | 26.40 | 869.13 |
| Social Security - Employee | 112.89 | 3718.32 |
| Total | 248.56 | 9581.96 |

### Pretax Deductions

| Description | Current | Year to Date |
|---|---|---|
| Delta Dental - Deluxe Pretax | | 1260.00 |
| Fidelity 403B | 82.53 | 2730.09 |
| Healthcare FSA | 90.25 | 2350.00 |
| Mayo Select Employee | | 2100.00 |
| Vision Care Plan Employee | | 266.00 |
| Total | 172.78 | 8683.22 |

### Aftertax Deductions

| Description | Current | Year to Date |
|---|---|---|
| Family Life Ins Children | | 8.40 |
| Voluntary AD&D | | 18.00 |
| Voluntary Group Universal Life | | 75.36 |
| Total | | 101.76 |

### Company Deductions

| Description | Current | Year to Date |
|---|---|---|
| Fidelity 403B Match | 41.27 | 1387.67 |
| Total | 41.27 | 1387.67 |

### Auto Deposit Distributions

| Routing | Account | Description | Amount |
|---|---|---|---|
| xxxxx7238 | xxxxxxxxxxxxxxxxxxxxxxxxxxx7799 | DESERT SCHOOLS FCU | 1641.86 |

Pay Stub

MAYO FND MEDICAL ED & RESEARCH
200 First Street SW
Rochester, MN 55905 United States of America

Number: 19610185
Check Date: 12/17/2019

VOID VOID VOID VOID VOID VOID VOID VOID

Pay to the order of

Candace M. Martinez
2017 E Escuda Rd.
Phoenix, AZ 85024
US

Net Pay 1485.47

NON-NEGOTIABLE

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| Candace M. Martinez | 6159 | 262909 | 100 | 45087 | 12/10/2019 |

## Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 80.00 | 2070.96 | 67050.90 |
| Total Non-Cash | | 7.75 | 176.61 |
| Total Deductions | | 577.74 | 17742.19 |
| Total Net | | 1485.47 | 49132.10 |

## Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Excess Life | | 7.75 | 7.75 | 192.11 |
| Internal Education | 2.00 | 25.79 | 51.58 | 2652.30 |
| Misc Productive Hours | 6.25 | 25.79 | 161.19 | 186.14 |
| Non Tax Tuition Refund Undergr | | | | 3000.00 |
| Other Paid Absence | | | | 3965.22 |
| Overtime at Ca'd Rate | | | | 11150.97 |
| PTO/VAC Sold | | | | 1031.60 |
| Paid Time Off | 24.00 | 25.79 | 618.96 | 3202.50 |
| Regular | 47.75 | 25.79 | 1231.48 | 41724.19 |
| Total | 80.00 | | 2070.96 | 67050.90 |

## Taxes

| Description | Current | Year to Date |
|---|---|---|
| AZ State Withholding | 22.60 | 722.32 |
| Federal Tax | 86.67 | 4009.22 |
| Medicare - Employee | 26.40 | 842.73 |
| Social Security - Employee | 112.89 | 3603.43 |
| Total | 248.56 | 9333.42 |

## Pretax Deductions

| Description | Current | Year to Date |
|---|---|---|
| Delta Dental - Deluxe Pretax | 52.50 | 1260.00 |
| Fidelity 403B | 82.53 | 2647.56 |
| Healthcare FSA | 90.39 | 2259.75 |
| Mayo Select Employee | 87.50 | 2100.00 |
| Vision Care Plan Employee | 12.00 | 263.00 |
| Total | 324.92 | 8510.44 |

## Aftertax Deductions

| Description | Current | Year to Date |
|---|---|---|
| Family Life Ins Children | 0.35 | 8.40 |
| Voluntary AD&D | 0.75 | 18.00 |
| Voluntary Group Universal Life | 3.16 | 75.36 |
| Total | 4.26 | 101.76 |

## Company Deductions

| Description | Current | Year to Date |
|---|---|---|
| Fidelity 403B Match | 41.27 | 1346.40 |
| Total | 41.27 | 1346.40 |

## Auto Deposit Distributions

| Routing | Account | Description | Amount |
|---|---|---|---|
| xxxxx7238 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxx7799 | DESERT SCHOOLS FCU | 1485.47 |