James B. Ball (#007339)
Ball, Santin & McLeran, PLC
2999 N. 44th Street, Suite 500
Phoenix, Arizona 85018
(602) 840-1400
ball@bsmplc.com
Attorney for Prestige Financial Services

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>Anthony R. Martinez and<br>Candace M. Martinez,<br><br>Debtors. | Chapter 13<br><br>No. 2:20-bk-01582-MCW<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

Notice is hereby given that James B. Ball, of Ball, Santin & McLeran, PLC, 2999 N. 44th Street, Suite 500, Phoenix, Arizona 85018, (602) 840-1400, makes his appearance in the above-captioned matter as counsel for Prestige Financial Services, and hereby requests that his name be added to the master mailing list.

DATED this 26th day of February 2020.

Ball, Santin & McLeran, PLC


By /s/ James B. Ball #007339
   James B. Ball
   2999 N. 44th Street, Suite 500
   Phoenix, Arizona 85018
   Attorney for Prestige Financial Services

BALL, SANTIN & MCLERAN, PLC
2999 N. 44TH STREET, SUITE 500
PHOENIX, ARIZONA 85018
(602) 840-1400

1 COPIES of the foregoing mailed
this 26th day of February 2020, to:

2

3 Anthony R. Martinez and
Candace M. Martinez
2017 E. Escuda Road
4 Phoenix, AZ 85024
Debtors

5
Carlene M. Simmons
6 Simmons & Greene PC
2432 W. Peoria Avenue
7 Suite 1284
Phoenix, AZ 85029
8 Attorney for debtors

9 Russell Brown
3838 N. Central Ave., #800
10 Phoenix, AZ 85012-1906
Trustee

11

12     /s/ Amanda A. Kochheiser

13