SO ORDERED.

Dated: March 30, 2020



_Madeleine C. Wanslee_
**Madeleine C. Wanslee, Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

In re:

**ANTHONY R. MARTINEZ and CANDACE M. MARTINEZ,**

Debtors.

Case No. 2:20-bk-01582-MCW

Chapter 7

**ORDER OF RECUSAL**

**(Reassigned to Hon. Daniel P. Collins)**

The Honorable Madeleine C. Wanslee, having determined that such action would be appropriate, hereby recuses herself from hearing any further matters in this case.

All hearings in this proceeding are vacated pending reassignment

**DATED AND SIGNED ABOVE**