# Notice Recipients

District/Off: 0970–2     User: radickem     Date Created: 4/2/2020
Case: 2:20–bk–01582–DPC     Form ID: 309A     Total: 58

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| ID | Name | Address |
|---|---|---|
| db | ANTHONY R. MARTINEZ | 2017 E. ESCUDA RD.   PHOENIX, AZ 85024 |
| jdb | CANDACE M. MARTINEZ | 2017 E. ESCUDA RD.   PHOENIX, AZ 85024 |
| tr | RUSSELL BROWN | CHAPTER 13 TRUSTEE   SUITE 800   3838 NORTH CENTRAL AVENUE   PHOENIX, AZ 85012–1965 |
| cr | PRA Receivables Management, LLC | PO Box 41021   Norfolk, VA 23541 |
| cr | Prestige Financial Services | Ball Santin & McLeran PLC   2999 N. 44th St., Ste 500   Phoenix, AZ 85018 |
| tr | BRIAN J. MULLEN | PO BOX 32247   PHOENIX, AZ 85064 |
| aty | CARLENE M. SIMMONS | Simmons & Greene, P.C.   2432 W. Peoria Ave.   Suite 1284   Phoenix, AZ 85029 |
| aty | JAMES B. BALL | BALL, SANTIN & MCLERAN, PLC   2999 N. 44TH ST., Suite 500   PHOENIX, AZ 85018 |
| smg | AZ DEPARTMENT OF REVENUE | BANKRUPTCY & LITIGATION   1600 W. MONROE, 7TH FL.   PHOENIX, AZ 85007–2650 |
| 15966583 | ARIZONA DEPARTMENT OF REVENUE | c/o Tax, Bankruptcy and Coll   2005 N Central Ave, Suite 100   Phoenix, AZ 85004–1592 |
| 15957104 | Arizona Department of Revenue | P.O. Box 29070   Phoenix AZ 85038 |
| 15995118 | CAPITAL ONE, N.A. | C/O BECKET AND LEE LLP   PO BOX 3001   MALVERN PA 19355–0701 |
| 15995119 | CAPITAL ONE, N.A. | C/O BECKET AND LEE LLP   PO BOX 3001   MALVERN PA 19355–0701 |
| 15957105 | Capital One | Attn: Bankruptcy   PO Box 30285   Salt Lake City UT 84130 |
| 15986494 | Capital One Bank (USA), N.A. | by American InfoSource as agent   PO Box 71083   Charlotte, NC 28272–1083 |
| 15957106 | Chase Card Services | Attn: Bankruptcy   PO Box 15298   Wilmington DE 19850 |
| 15957107 | Cibola | 114 McBride Rd. B   Grants NM 87020 |
| 15957108 | Citibank | Citicorp Credit Srvs/Centralized BK Dept   PO Box 790034   St Louis MO 63179 |
| 15957109 | Comenity Bank/Torrid | Attn: Bankruptcy   PO Box 182125   Columbus OH 43218 |
| 15957111 | Comenity Bank/Victoria Secret | Attn: Bankruptcy   PO Box 182125   Columbus OH 43218 |
| 15957110 | Comenity Bank/trwrdsv | Attn: Bankruptcy   PO Box 182273   Columbus OH 43218 |
| 15957112 | Comenity Bkl/Ulta | Attn: Bankruptcy Dept   PO Box 182125   Columbus OH 43218 |
| 15957113 | Comenitybank/Hot Topic | Attn: Bankruptcy Dept   PO Box 182125   Columbus OH 43218 |
| 15957114 | Comenitycapital/smlegn | Attn: Bankruptcy Dept   PO Box 182125   Columbus OH 43218 |
| 15957115 | Credit One Bank | Attn: Bankruptcy Department   PO Box 98873   Las Vegas NV 89193 |
| 15957116 | Department Store National Bank/Macy's | Attn: Bankruptcy   9111 Duke Boulevard   Mason OH 45040 |
| 15957117 | Diamond Resorts Financial Services | Attn: Bankruptcy   10600 W Charleston Blvd   Las Vegas NV 89135 |
| 15957118 | First Premier Bank | Attn: Bankruptcy   PO Box 5524   Sioux Falls SD 57117 |
| 15957119 | Flagship Credit Acceptance, LLC | P.O. Box 1419   Chadds Ford PA 19317 |
| 15957120 | Freedom Plus | Attn: Bankruptcy   PO Box 2340   Phoenix AZ 85002 |
| 15957121 | Genesis BC/Celtic Bank | Attn: Bankruptcy   PO Box 4477   Beaverton OR 97076 |
| 15957122 | Honor Health | PO Box 845633   Los Angeles CA 90084 |
| 15957123 | Hugh Casiano | c/o Randazza Legal Group, PLLC   2764 Lake Sahara Drive, Suite 109   Las Vegas NV 89117 |
| 15957124 | Internal Revenue Service | P.O. Box 7346   Philadelphia PA 19101–7346 |
| 15957125 | Kenneth, Eisen & Associates, LTD (KEA) | Attn: Bankruptcy   PO Box 7370   Phoenix AZ 85011 |
| 15957126 | Kia Motors Finance | PO Box 20825   Fountain Valley CA 92728 |
| 16009347 | LVNV Funding, LLC | Resurgent Capital Services   PO Box 10587   Greenville, SC 29603–0587 |
| 15957127 | Makwa Finance | PO MBox 343   Lac Du Flambeau WI 54538 |
| 15957153 | PRA Receivables Management, LLC | PO Box 41021   Norfolk, VA 23541 |
| 15968784 | PRESTIGE FINANCIAL SERVICES | PO BOX 26707   PRESTIGE FINANCIAL SERVICES   SALT LAKE CITY, UT 84126–8412 |
| 15957128 | Pinnacle Finance | 9907 E Bell Rd #140   Scottsdale AZ 85260 |
| 15981074 | Portfolio Recovery Associates, LLC | POB 12914   Norfolk VA 23541 |
| 15969050 | Prestige Financial Services | Ball Santin & McLeran PLC   2999 N. 44th St., Ste 500   Phoenix, AZ 85018 |
| 15957129 | Prestige Financial Svc | Attn: Bankruptcy   351 W Opportunity Way   Draper UT 84020 |
| 15957130 | Presto Loan Centers | P.o. Box 35664   Phoenix AZ 85069 |
| 16004104 | Quantum3 Group LLC as agent for | Genesis FS Card Services Inc   PO Box 788   Kirkland, WA 98083–0788 |
| 15957131 | Security Finance | Attn: Bankruptcy   PO Box 1893   Spartanburg SC 29304 |
| 15957132 | Sulai Pili–Samante | 2017 E. Escuda Rd.   Phoenix AZ 85024 |
| 15957133 | Synchrony Bank/Amazon | Attn: Bankruptcy   PO Box 965060   Orlando FL 32896 |
| 15957134 | Synchrony Bank/Care Credit | Attn: Bankruptcy Dept   PO Box 965060   Orlando FL 32896 |
| 15957135 | Synchrony Bank/Sams | Attn: Bankruptcy   PO Box 965060   Orlando FL 32896 |
| 15957136 | Target | c/o Financial & Retail Srvs   Mailstop BT POB 9475   Minneapolis MN 55440 |
| 15957139 | US Dept. of Education | Attn: Bankruptcy   PO Box 7860   Madison WI 53707 |

| | | | | |
|---|---|---|---|---|
| 15957137 | United Auto Credit | PO Box 163049 | Fort Worth TX 76161 | |
| 15985282 | United Auto Credit Corporation | P.O. Box 163049 | Fort Worth, TX 76161 | |
| 15957138 | United Consumer Financial Services | Attn: Bankruptcy | 865 Bassett Rd. | Westlake OH 44145 |
| 15957140 | Vantage West Credit Union | Attn: Bankruptcy | PO Box 15115 | Tucson AZ 85708 |
| 15957141 | Verizon Wireless | 500 Technology Dr. | Suite 500 | Weldon Springs MO 63304 |

TOTAL: 58