Marc J. Randazza (AZ Bar No. 27861)
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117
Telephone: 702-420-2001
ecf@randazza.com

*Attorney for Creditor*
*1 One Armor, Inc.*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

In Re:

Anthony R. Martinez and
Candace M. Martinez,

Debtors.[1]

Case No. 2:20-bk-01582-DPC

Chapter 7

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that, pursuant to Section 1109(b) of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"), and Rules 2002(g) and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the undersigned hereby appears as counsel for 1 One Armor, Inc., creditor and party-in-interest in the above-captioned proceeding, and requests that he be added to the official mailing matrix and service lists in this case and that copies of all pleadings, motions, notices or other papers, filed or served, in this case or any proceeding herein, be served upon the undersigned at the following address:

---

[1] The last four digits of Debtors' Social Security Numbers are 3898 and 6159. Debtors' address is 2017 E. Escuda Rd., Phoenix, AZ 85024.

- 1 -
Notice of Appearance and Request for Notices and Papers

Case 2:20-bk-01582-DPC    Doc 38    Filed 06/19/20    Entered 06/19/20 06:46:39    Desc
Main Document    Page 1 of 3

Marc J. Randazza
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117
Telephone: 702-420-2001
ecf@randazza.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes, without limitation, all orders, notices, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of financial affairs, operating reports, plans of reorganization, and disclosure statements, including all amendments to any of the foregoing, whether formal or informal, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, facsimile, or otherwise.

Dated: June 19, 2020.    Respectfully Submitted,

RANDAZZA LEGAL GROUP, PLLC

/s/ Marc J. Randazza
Marc J. Randazza (AZ Bar No. 27861)
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117

*Attorney for Creditor*
*1 One Armor, Inc.*

|   |   |
|---|---|
| 1 | Case No. 2:20-bk-01582-MCW |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 19, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I further certify that a true and correct copy of the foregoing document being served via transmission of Notices of Electronic Filing generated by CM/ECF.

I FURTHER CERTIFY that on June 19, 2020, a true and correct copy of the foregoing document was deposited in the United States Mail, first class postage prepaid, properly addressed to each of the following:

**Anthony R. Martinez and Candace M. Martinez**
2017 E. Escuda Road
Phoenix, AZ 85024
*Debtors*

**Carlene M. Simmons**
Simmons & Greene PC
2432 W. Peoria Avenue Suite 1284
Phoenix, AZ 85029
*Attorney for Debtors*

**Russell Brown**
3838 N. Central Ave., #800
Phoenix, AZ 85012-1906
*Trustee*

Respectfully Submitted,

/s/ Marc J. Randazza
Marc J. Randazza